IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MCDAVID, INC., an Illinois corporation, and STIRLING MOULDINGS LIMITED, an English corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NIKE USA, INC., an Oregon corporation,<br><br>Defendant. | Civil Action Nos. 08-cv-6584 and 13-cv-1137<br><br>Chief Judge James F. Holderman<br><br>Magistrate Judge Gilbert |

## ORDER

JAMES F. HOLDERMAN, Chief Judge:

Currently pending before the Court are two motions by Defendant Nike for the correction of the named inventors on two asserted patents in two separate cases. In case no. 08-cv-6584, Nike moved to correct the named inventors of U.S. Reissue Patent No. RE41,346 (Dkt. No. 612). In case no. 13-cv-1137, Nike moved to correct the named inventors of U.S. Reissue Patent No. RE43,994 (Dkt. No. 46). The parties' counsel agree that inventorship issues relating to the '346 and '994 patents, as well as U.S. Reissue Patent Nos. RE42,689 and RE43,441, which were previously found invalid (08-cv-6584, Dkt. Nos. 525 and 558) are interrelated. Therefore, pursuant to Nike' oral motion, for which the Plaintiffs' counsel has no objection, at the Court's June 6, 2013 hearing, the Court hereby GRANTS the oral motion to amend Defendant Nike USA Inc.'s motion (08-cv-6584, Dkt. No. 612) to include a request to also correct the named inventors of U.S. Reissue Patent Nos. RE42,689 and RE43,441.

Further, given the related nature of the inventorship issues in the motions to correct inventorship in both cases (08-cv-6584, Dkt. No. 612, and 13-cv-1137, Dkt. No. 59), the motions shall be consolidated and shall be briefed according to the previously set schedule. (Dkt. No. 669) Accordingly, Plaintiffs shall file a single brief in response to Defendant's motions to correct the named inventors of the '346, '689, '441, and '994 patents by June 21, 2013. Defendant shall file a single brief in reply in support of its motions to correct the named inventors of the '346, '689, '441 and '994 patents by July 22, 2013. The Court will set a status hearing after briefing is completed on the question of inventorship.

Other than the motions to correct the named inventors of the '346, '689, '441, and '994 patents, all other proceedings are stayed until the pending motions to correct the named inventors are resolved.

IT IS SO ORDERED.

    ENTER:

                                                                                  _____
                                                                                  JAMES F. HOLDERMAN
                                                                                  Chief Judge, United States District Court

Date: June 14, 2013